FILED

08 MAR 12 PM 4:20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Criminal Case No. '08 CR 0723 H
)
          Plaintiff, )
)
  v. ) NOTICE OF RELATED CASE
)
GILBERTO TORRES-ORDONEZ, )
)
          Defendant. )
_____)

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gilberto Torres-Ordonez</u>, Criminal Case No. 08CR0171-H.

DATED: March 12, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney