1  BRIAN P. FUNK ESQ.
   CSB NO. 110462
2  964 Fifth Avenue #214
   San Diego, CA 92101
3  (6l9) 233-4076

4  Attorney for Defendant,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim No. 08CR0723-H |
| ) | |
| Plaintiff, ) | PROOF OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| GILBERTO TORRES-ORDONEZ ) | |
| ) | DATE : 4-21-08 |
| Defendant. ) | TIME: 2:00 pm |

I Brian P. Funk, Electronically    served the Notice of Motion and Motion to compel discovery on

US ATTORNEY   .

880 FRONT STREET

ROOM 6293

SAN DIEGO CA. 92101

APRIL 04, 2008                    s/a Brian P. Funk

1